**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1075

CENTRAL LAUNDRY, LLC; PROFESSIONAL HOSPITALITY RESOURCES, INC.; HERITAGE INVESTMENTS, LLC; 34TH STREET GARAGE, LLC; OCEANFRONT INVESTMENTS, LLC; CAVALIER ASSOCIATES, LLC; NORFOLK HOTEL ASSOCIATES, LLC; ATLANTIC COAST DEVELOPMENT, LLC,

Plaintiffs - Appellants,

v.

ILLINOIS UNION INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-01273-RDA-TCB)

Submitted:  December 14, 2022                    Decided:  January 31, 2023

Before KING and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** C. Thomas Brown, Erik B. Lawson, SILVER & BROWN, Fairfax, Virginia, for Appellants.  Gabriela Richeimer, CLYDE & CO US LLP, Washington, D.C.; Jonathan D. Hacker, Jenya Godina, O'MELVENY & MYERS LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs, which are all Virginia corporations, appeal the district court's order granting Illinois Union Insurance Company ("Illinois Union") summary judgment and denying Plaintiffs' motion for partial summary judgment on Plaintiffs' claims for declaratory judgment and bad faith breach of contract.  Plaintiffs' claims were based on Illinois Union's denial of insurance benefits Plaintiffs assert Illinois Union owed them to cover losses they sustained during the COVID-19 pandemic.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See Cent. Laundry, LLC v. Ill. Union Ins. Co.*, No. 1:20-cv-01273-RDA-TCB (E.D. Va. Jan. 5, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*